UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-CR-155-T-26-MAP

ISAAC CAMON

**MOTION BY THE UNITED STATES FOR
REDUCTION IN SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by A. Lee Bentley, United States Attorney for the Middle District of Florida, pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant was sentenced on July 20, 2012, to 120 months (Count One) and 60 months (Count Two) imprisonment to run consecutive.

2. Since his sentencing, the defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance. Specifically, the defendant assisted in the investigation and prosecution of another in the Northern District of Texas. The defendant was transported to Texas for testimony. The Texas case, however, resulted in a plea being entered.

3. Should the Court grant this motion, the government recommends a three-level departure and a low-end sentence of 78 months on Count One.

2

WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

                Respectfully submitted,

                A. LEE BENTLEY, III
                United States Attorney

By:    */ James C. Preston*
           JAMES C. PRESTON
           Assistant United States Attorney
           Florida Bar No. 0383155
           400 N. Tampa Street, Suite 3200
           Tampa, Florida 33602-4798
           Telephone:   (813) 274-6000
           Facsimile:   (813) 274-6178
           E-mail:   james.preston@usdoj.gov

U.S. v. Isaac Camon				Case No. 8:11-CR-155-T-26MAP

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kevin Beck, Esq.

/ James C. Preston
JAMES C. PRESTON
Assistant United States Attorney
Florida Bar No. 0383155
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6178
E-mail:   james.preston@usdoj.gov